IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| **Sharon Bertroche, M.D., and Employees Similarly Situated to Her,** | * * * | Case No. 1:18-cv-59-CJW |
| Plaintiff, | * * | |
| v. | * * | **PLAINTIFF CONSENT FORM** |
| **Mercy Physician Associates, Inc.,** | * * | |
| Defendant. | * * | |

    I hereby consent to become a party plaintiff in the present action making a claim under the Equal Pay Act, 29 U.S.C. § 206(d)(1). I am a female physician, and I believe the Defendant, Mercy Physicians Associates, Inc., compensated me less than it compensated male physicians for substantially equal work.

    I understand that I may withdraw my consent to proceed with my claim at any time by notifying the attorneys handling the matter.

    Dated this _____ day of _____, 2018.

_____
(Print name)

_____
(Signature)


EXHIBIT C

**Information below will be redacted in filings with the Court. Please print or type.**

Address: _____

Best phone number(s): _____

Email address: _____


Return this form by fax, email, or mail to:

Sherinian & Hasso Law Firm
Attn: Melissa C. Hasso
521 E. Locust St. Ste. 300
Des Moines, IA 50309
Fax: (515) 224-2321
Email: mhasso@sherinianlaw.com